# Exhibit "B"

Index of Plaintiff's Trial Exhibits with Defense Objections

| Exhibit Number | Date | Description | Defense Objection: |
|---|---|---|---|
| P-1 |  | CBA | No objection. |
| P-2 | 11/13/2019 | Praul Letter | No objection. |
| P-3 | 11/13/2019 | Praul Email with HR Policies | No objection. |
| P-4 | 12/1/2019 | Kronos Record | Objection to reference to Plaintiff's attendance points per Motion *in Limine*; FRE 402 and 403. |
| P-5 | 4/4/2020 – 2/22/2021 | Stibi/Crouthamel Text Messages | No objection. |
| P-6 | 4/15/2020 | Email Smith | No objection. |
| P-7 | 4/16/2020 | Email Praul | No objection. |
| P-8 | 8/18/2020 | Stibi/Crouthamel Emails | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted. |
| P-9 | 9/29/2020 | Diagnostics Redacted | Objection pursuant to FRE 1002, 106, 602 and 801. The original of this report was produced in response to subpoena issued at request of Defendants. That document was provided to Plaintiff and included as Defendants' Exhibit 4. P-9 exhibit is a photograph of that document and is not the complete record. Further, Plaintiff has not identified any experts that will testify at trial in order to authenticate these medical records. The contents of the records themselves are hearsay. |
| P-10 | 10/8/2020 | Stibi Email Mazzocchi Diagnosis | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted. |
| P-11 | 10/13/2020 | Email Stibi Williamson Sick Leave | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted. |
| P-12 | 10/13/2020 | Email Stibi Mervine FMLA | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted. |
| P-13 | 11/5/2020 | St. Mary Redacted | No objection. |
| P-14 | 11/19/2020 | Email Coyne | Objection to reference to Plaintiff's attendance points per Motion *in Limine*; FRE 402 and 403. |

| | | | |
|---|---|---|---|
| P-15 | 11/24/2020 | Emails Praul Smith Pirolli 5th Floor | Objection to reference to Plaintiff's attendance points per Motion *in Limine*; FRE 402 and 403. |
| P-16 | 11/24/2020 | Email Praul Response to Pirolli | Objection to reference to Plaintiff's attendance points per Motion *in Limine*; FRE 402 and 403. |
| P-17 | 11/24/2020 | Email Praul with ADA Attachments | No objection. |
| P-18 | 12/2/2020 | Emails Praul Stibi | Objection pursuant to FRE 106. This email thread is incomplete and appears to have been altered from original P-26. |
| P-19 | 12/2/2020 | Coyne Email | Objection to reference to Plaintiff's attendance points per Motion *in Limine*; FRE 402 and 403. |
| P-20 | 12/2/2020 | ENT Fax | No objection. |
| P-21 | 12/2/2020 | Alliance Dermatology Fax | No objection. |
| P-22 | 12/2/2020 | Johnson Email Praul Fax with Attachments | No objection. |
| P-23 | 12/2/2020 | McLaughlin Memo Attendance | Objection to reference to Plaintiff's attendance points per Motion *in Limine*; FRE 402 and 403. |
| P-24 | 12/2/2020 | Fax ENT | Objection pursuant to FRE 403 – exhibit is cumulative of P-20. Objection pursuant to FRE 106 as incomplete and missing fax cover sheet. |
| P-25 | 12/2/2020 | Emails Praul Smith Hardwick | Objection to inclusion of redacted portion email thread, which was redacted for attorney client privilege. |
| P-26 | 12/2/2020 | Praul Email ADA | No objection. |
| P-27 | 12/3/2020 | Crouthamel Email Review | No objection. |
| P-28 | 12/3/2020 | Crouthamel Email Evaluation with Attachments | No objection. |
| P-29 | 12/4/2020 | Probation | Objection pursuant to FRE 1002. P-29 is a photograph of the document provided to Plaintiff. Defendants' Exhibit 84 is a true and accurate photocopy. |
| P-30 | 12/7/2020 | Emails Praul Smith Coyne Probation | No objection. |
| P-31 | 12/9/2020 | Stibi Email Praul FMLA | No objection. |
| P-32 | 12/15/2020 | Stibi Email Mazzocchi FMLA | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted. |

| | | | |
|---|---|---|---|
| P-33 | 12/15/2020 | Stibi Praul Emails FMLA Tomorrow Radiation | Objection pursuant to FRE 106. Incomplete Record. Plaintiff's exhibit should be amended to include documents in P-34. In fairness to Defendants, the complete email thread between Praul and Plaintiff on 12/15/2020 should be presented as a whole. |
| P-34 | 12/15/2020 | Stibi Email Praul FMLA Mazzocchi Telestaff Issue | See objection to P-33. |
| P-35 | 12/16/2020 | Stibi Email Crouthamel FMLA Hours Tomorrow | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted, which is hearsay. |
| P-36 | 12/17/2020 | Stibi Email Praul FMLA | No objection. |
| P-37 | 12/28/2020 | Crouthamel Stibi Emails Schedule | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted, which is hearsay. |
| P-38 | 12/28/2020 | Sedgwick Letter | No objection |
| P-39 | 1/11/2021 | Email Stibi Praul Return | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted, which is hearsay. |
| P-40 | 1/14/2021 | Emails Crouthamel Stibi Special Tasks | No objection. |
| P-41 | 1/25/2021 | Crouthamel Stibi Emails Telemedicine | Objection pursuant to FRE 801. Plaintiff is offering her own email statement for truth of matter asserted, which is hearsay. |
| P-42 | 2/10/2021 | Mazzocchi Crouthamel Emails Terminate | No objection. |
| P-43 | 2/17/2021 | Emails Praul Smith | Objection pursuant to 402, 403 and 801. Any reference to attendance points is not relevant for the reasons stated in Defendants' Motion *in Limine*, as they are not relevant to Plaintiff's claims. Further, even if attendance points are relevant, presenting such evidence before the jury risks confusing the issues and would cause prejudice to Defendants. Finally, the statements contained in the email are hearsay. |
| P-44 | 2/22/2021 | Schrantz Text | Objection pursuant to FRE 402, 403 and 801. Schrantz is a correctional officer |

4869-9479-3619 v1

| | | | |
|---|---|---|---|
| | | | without any supervisory authority. It is not relevant whether he thinks Plaintiff "could cut it" as a correctional officer. The negative impression from Schrantz is also prejudicial and risks confusing the jury. The text conversation in its entirety is hearsay. See Defendants' Motion *in Limine*. |
| P-45 | 2/22/2021 | Praul Letter Termination | No objection. |
| P-46 | 3/1/2021 | Schrantz Text | Objection pursuant to FRE 402, 403, 801. Plaintiff's text to Schrantz about losing her house is not relevant to her claims under FMLA or ADA. Schrantz's response that the County is "messed up" and has "no sympathy at all" is similarly not relevant. These opinions are also prejudicial and risks confusing the jury. The text conversation in its entirety is hearsay. See Defendants' Motion *in Limine*. |
| P-47 | 7/19/2021 | Penn Dermatology Redacted | Objection pursuant to FRE 106. This exhibit is not the complete medical record. The complete record was produced to Defendants in response to subpoena and designated as Defendants' Exhibit 27. |
| P-48 | 10/26/2021 | Penn Dermatology Redacted | Objection pursuant to FRE 106. This exhibit is not the complete medical record. The complete record was produced to Defendants in response to subpoena and designated as Defendants' Exhibit 26. |
| P-49 | 11/9/2021 | Defendants' Response to Interrogatories | No objection. |
| P-50 | 11/9/2021 | Defendants' Response to Request for Production of Documents | No objection. |
| P-51 | 12/16/2021 | Defendants' Amended Supplemental Response to Interrogatories | No objection. |
| P-52 | 2/4/2022 | Defendants' Amended Supplemental Response to Interrogatories | No objection. |
| P-53 | 5/13/2022 | ECF 33 Telles Letter | No objection. |

| P-54 | 12/14/2021 | FMLA Certification | Objection pursuant to FRE 106. Plaintiff's exhibit is incomplete and only a partial production of Plaintiff's FMLA paperwork. |
| P-55 | | Medical Records | No objection. |